UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

        **ADV:** 07-90015

        **GERALD H. DAVIS VS STEVEN H. SALOMON**

| | |
|---|---|
| **Debtor:** | STEVEN H. & VICTORIA Y SALOMON |
| **Case Number:** | 05-14843-JM7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 01, 2009 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | JAMES W. MEYERS |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | CONNIE MIHOS |

### *Matters:*

1) EVIDENTIARY HEARING ON REMAND  (fr 2/18/09)

2) APPLICATION  ENTRY OF DEFAULT JUDGMENT FILED BY GERALD H. DAVIS TRUSTEE.

### *Appearances:*

    Alan Nahmias, ATTORNEY FOR Gerald Davis, Trustee
    Michael Duff/Scott Noskin, ATTORNEY FOR Steven & Victoria Salomon
    Gerald Davis, TRUSTEE
    Steven Salomon
    Victoria Salomon-Telephonic

### *Disposition:*

    Witnesses: 1) Steven Salomon, sworn, testified & excused
                     2) Jeffery Welty, sworn, testified & excused
                     3) Gerald Davis, Trustee, sworn, testified & excused

    Exhibits: submitted, admitted as stipulated


1) Off calendar
2) Discharge Revoked; Order to be submitted by Mr. Nahmias